1   PETER P. EDRINGTON, Esq. (074355)
    JAMES M. MARZAN, Esq. (133931)
2   EDRINGTON, SCHIRMER & MURPHY LLP
    2300 Contra Costa Boulevard, Suite 450
3   Pleasant Hill, CA  94523-3936
    Telephone:  (925) 827-3300
4   Facsimile:   (925) 827-3320

5   Attorneys for Defendants CITY OF PITTSBURG,
    AARON BAKER and LESTER GALER

6

7

                    UNITED STATES DISTRICT COURT

8

                  NORTHERN DISTRICT OF CALIFORNIA

9                                      )
                                       )    CASE NO.: CV 09 0794 SI
    TIMOTHY MITCHELL, SR., and         )
10  PAULETTE MITCHELL, individually and as  )
    successors in interest to TIMOTHY  )
11  MITCHELL, JR.,                     )
                                       )
12              Plaintiffs,            )    [PROPOSED] ORDER RE NON
           vs.                         )    APPEARANCE AT ENE OF CHIEF OF
13                                     )    POLICE AARON BAKER
    CITY OF PITTSBURG, a municipal     )
14  corporation, AARON BAKER, Police Chief,  )
    LESTER GALER, police officer, and Does 1  )
15  through 210,                       )
                                       )
16              Defendants.            )

17  _____

18
       GOOD CAUSE APPEARING, IT IS SO ORDERED:
19
       That defendant Chief of Police AARON BAKER is not required to attend the ENE
20
    Session scheduled for Tuesday September 2, 2009.  Captain Baker will attend on behalf of the
21
    Pittsburg Police Department as well as defendant LES GALER.  Plaintiff's attorney is in
22
    agreement.
23

24  DATED: _8/28/09_____          _____
25                                     Wayne D. Brazil
                                       United States District Judge
26

    _____
    Order Re: ENE                                    1