# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

**United States District Court**
For the Northern District of California

| | |
|---|---|
| TIMOTHY MITCHELL SR., | No. C 09-00794 SI |
| Plaintiff, | **SECOND**<br>**PRETRIAL PREPARATION ORDER** |
| v. | |
| CITY OF PITTSBURG, | |
| Defendant. | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: May 7, 2010 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is June 18, 2010.

DESIGNATION OF EXPERTS: 4/30/10; REBUTTAL: 5/10/10.
        Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is June 18, 2010.

DISPOSITIVE MOTIONS **SHALL** be filed by June 25, 2010;

        Opp. Due July 9, 2010;  Reply Due July 16, 2010;

        and set for hearing no later than July 30, 2010 at 9:00 AM.

PRETRIAL CONFERENCE DATE: August 24, 2010 at 3:30 PM.

JURY TRIAL DATE: August 30, 2010  at 8:30 AM.,
        Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be _ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The Court continued the trial dates as indicated above.
Defendant's Wielsch and CCNET are dismissed without prejudice and shall be terminated from this docket.
This case shall be referred to either Magistrate-Judge Larson, Chen or Spero for settlement purposes. The settlement conference shall occur in April 2010.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: _____

_____
SUSAN ILLSTON
United States District Judge