LAW OFFICES OF JOHN BURRIS
JOHN L. BURRIS, ESQ (SBN 69888)
STEVEN R. YOURKE (SBN 118506)
7677 Oakport St., Suite 1120
Oakland, CA  94621
Phone: (510) 839-5200
Fax: (510) 839-3882
Email: steven.yourke@johnburrislaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT,

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY MITCHELL, SR., et al., | CASE NO.: CV 09 - 0794 SI |
| Plaintiffs, | **STIPULATION TO CONTINUE SETTLEMENT CONFERENCE & EXTEND TIME FOR EXPERT DISLOURE PER RULE 26 & PROPOSED ORDER** |
| vs. | |
| CITY OF PITTSBURG, et al. | |
| Defendants. | |

The parties to this action by and through their respective counsel do hereby stipulate that the settlement conference presently scheduled for May 3, 2010 be taken off calendar and that the deadline for disclosure of expert witnesses be extended 60 days, from April 30, 2010 until June 30, 2010.

Good cause exists for taking the settlement conference off calendar and for extending the time for disclosing experts, to wit, Plaintiff intends to move the Court to be allowed to add two new defendants. Defendants will not oppose plaintiff's motion to amend the complaint to add such new defendants. Settlement of this action will not be feasible until all defendants are before the Court. The deadline for disclosing expert witnesses is presently set for April 30, 2010. Such deadline should be extended

1

for 60 days in order to allow the parties to depose the anticipated new defendants before disclosing experts.

Respectfully submitted,                    LAW OFFICE OF JOHN BURRIS


_____
Steven R. Yourke, Esq.
Attorney for all plaintiffs

EDRINGTON, SCHIRNER & MURPHY


_____
JAMES MARZAN
Attorney for all Defendants.

## IT IS SO ORDERED.

The settlement conference presently set in this action for May 3, 2010 is hereby cancelled.

The deadline for disclosure of expert witnesses pursuant to Rule 26 of the Federal Rules of Civil Procedure is hereby extended until June 30, 2010.

_____
Hon. Susan Illston,
United States District Court

2