# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

TIMOTHY MITCHELL SR.,

        Plaintiff,

  v.

CITY OF PITTSBURG,

        Defendant.
                                  /

No. C 09-00794 SI

**THIRD PRETRIAL PREPARATION ORDER**

     It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: September 3, 2010 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is September 30, 2010.

DESIGNATION OF EXPERTS: 9/17/10; REBUTTAL: 10/4/10.
     Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is October 29, 2010.

DISPOSITIVE MOTIONS **SHALL** be filed by November 12, 2010;

     Opp. Due November 29, 2010; Reply Due December 6, 2010;

     and set for hearing no later than December 20, 2010 at 9:00 AM.

PRETRIAL CONFERENCE DATE: February 1, 2011 at 3:30 PM.

JURY TRIAL DATE: February 14, 2011 at 8:30 AM.,
     Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be _ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The Court continued the trial schedule as indicated above.

By May 14, 2010, the parties may file a stipulation to amend the complaint to add defendant Agent weilsch as a defendant. Agent Weilsch's responsive pleading shall be filed by June 11, 2010.

Magistrate-Judge Chen shall conduct a further settlement conference during the 1st two weeks in November 2010.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:

                                                    SUSAN ILLSTON
                                                    United States District Judge