LAW OFFICES OF JOHN BURRIS
JOHN L. BURRIS, ESQ (SBN 69888)
STEVEN R. YOURKE (SBN 118506)
7677 Oakport St., Suite 1120
Oakland, CA 94621
Phone: (510) 839-5200
Fax: (510) 839-3882
Email: steven.yourke@johnburrislaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT,

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY MITCHELL, SR., PAULETTE MITCHELL, and ESTATE OF TIMOTHY MITCHELL, JR., <br><br> Plaintiffs, <br> vs. <br><br> CITY OF PITTSBURG, et al. <br><br> Defendants. | CASE NO.: CV 09 0794 SI <br><br> STIPULATION AND PROPOSED ORDER ALLOWING PLAINTIFF TO FILE AMENDED COMPLAINT TO ADD ADDITIONAL DEFENDANT |

The parties to this action by and through their respective counsel do hereby stipulate that Plaintiffs be permitted to file an amended complaint in order to add a new defendant, NORMAN WIELSCH.

Respectfully submitted,                                    LAW OFFICE OF JOHN BURRIS

Dated: May 10, 2010

_____
Steven R. Yourke, Esq.
Attorney for Plaintiffs

Stipulation and [Proposed] Order Allowing Amended Complaint                    Page 1

|   |   |   |
|---|---|---|
| Dated: May 10, 2010 | | EDRINGTON, SCHIRMER et al. |

*[signature]*

Attorneys for All Defendants

**PROPOSED ORDER**

IT IS SO ORDERED.

By: *[signature: Susan Illston]*
Hon. Susan Illston,
District Court Judge

Dated: _____, 2010

Stipulation and [Proposed] Order Allowing Amended Complaint     Page 2