PETER P. EDRINGTON, Esq. (074355)
JAMES M. MARZAN, Esq. (133931)
EDRINGTON, SCHIRMER & MURPHY LLP
2300 Contra Costa Boulevard, Suite 450
Pleasant Hill, CA 94523-3936
Telephone: (925) 827-3300
Facsimile: (925) 827-3320

Attorneys for Defendants CITY OF PITTSBURG, LESTER GALER, PHIL GALER, AARON BAKER, SEAN DEXTER, CITY OF WALNUT CREEK, JOEL BRYDEN, LOUIS LOMBARDI, CITY OF SAN RAMON AND SCOTT HOLDER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY MITCHELL, SR., PAULETTE MITCHELL, and ESTATE OF TIMOTHY MITCHELL, JR., <br><br> Plaintiffs, <br> vs. <br><br> CITY OF PITTSBURG, a municipal corporation, LESTER GALER, police officer, in his individual and official capacity, PHIL GALER, police officer, in his individual and official capacity, AARON BAKER, in his official capacity as Chief of Police; SEAN DEXTER, police officer, in his official and individual capacities; CITY OF WALNUT CREEK, a municipal corporation; JOEL BRYDEN, Chief of Police, in his individual and official capacities; LOUIS LOMBARDI, police officer, in his official and individual capacities; CITY OF SAN RAMON, a municipal corporation; SCOTT HOLDER, Chief of Police, in both his individual and official capacities; CENTRAL CONTRA COSTA NARCOTIC ENFORCEMENT TEAM; and Commander NORM WIELSCH, in his individual and official capacities, <br><br> Defendants. | CASE NO.: CV 09 0794 SI <br><br> **STIPULATION TO CONTINUE DEADLINE FOR EXPERT WITNESS DISCLOSURE, EXCHANGE OF EXPERT REPORTS, COMPLETION OF EXPERT WITNESS DISCOVERY, MOTION FOR SUMMARY JUDGMENT FILING DATE AND [PROPOSED] ORDER** <br><br> **Trial: February 14, 2011** |

Due to complications in completing party and witness depositions, the parties to this action, by and through their respective counsel, do hereby agree and stipulate that the cut-off

1

Stipulation and Proposed Order

dates for disclosure of expert witnesses, exchange of expert reports, expert witness discovery and the filing of Motions for Summary Judgment be continued as follows:

| | |
|---|---|
| Expert Witness Disclosure: | October 8, 2010 |
| Exchange of expert witness reports: | October 29, 2010 |
| Expert witness discovery cut-off: | November 19, 2010 |
| Last day to file Motion for Summary Judgment: | December 3, 2010 |
| Last day to file opposition to Summary Judgment: | December 20, 2010 |
| Last day to file reply to opposition to Summary Judgment: | December 27, 2010 |
| Hearing date for Motions for Summary Judgment: | January 14, 2011 |

Respectfully submitted,

DATED: October 7, 2010                LAW OFFICES OF JOHN L. BURRIS

/s/
Steven Yourke
Attorney for Plaintiffs


DATED: October 7, 2010                EDRINGTON, SCHIRMER & MURPHY LLP

James M. Marzan
Attorneys for Defendants CITY OF PITTSBURG, LESTER GALER, PHIL GALER, AARON BAKER, SEAN DEXTER, CITY OF WALNUT CREEK, JOEL BRYDEN, LOUIS LOMBARDI, CITY OF SAN RAMON AND SCOTT HOLDER


DATED: October 7, 2010                STATE OF CALIFORNIA

Jeff Vincent, Deputy Attorney General
Attorneys for Defendant NORMAN WIELSCH

2

Stipulation and Proposed Order

1
2   IT IS SO ORDERED.
3   Dated: _____
           _____
4          Honorable Susan Illston
           UNITED STATES DISTRICT JUDGE
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Stipulation and Proposed Order