JOHN L. BURRIS, ESQ. (69888)
STEVEN YOURKE, ESQ. (118506)
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Center
7677 Oakport Street, Ste 1120
Oakland, CA 94621
T: 510/510-5200
F: 510/839-3882

Attorneys for Plaintiffs TIMOTHY MITCHELL, SR.,
And PAULETTE MITCHELL, individually and as
Successors in interest to TIMOTHY MITCHELL, JR.

PETER P. EDRINGTON, Esq. (074355)
JAMES M. MARZAN, Esq. (133931)
EDRINGTON, SCHIRMER & MURPHY LLP
2300 Contra Costa Boulevard, Suite 450
Pleasant Hill, CA 94523-3936
Telephone: (925) 827-3300
Facsimile: (925) 827-3320

Attorneys for Defendants CITY OF PITTSBURG, LESTER GALER,
PHIL GALER, AARON BAKER, SEAN DEXTER, CITY OF WALNUT CREEK, JOEL
BRYDEN, LOUIS LOMBARDI, CITY OF SAN RAMON AND SCOTT HOLDER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY MITCHELL, SR., PAULETTE MITCHELL, and ESTATE OF TIMOTHY MITCHELL, JR.,<br><br>    Plaintiffs,<br>vs.<br><br>CITY OF PITTSBURG, a municipal corporation, LESTER GALER, police officer, in his individual and official capacity, PHIL GALER, police officer, in his individual and official capacity, AARON BAKER, in his official capacity as Chief of Police; SEAN DEXTER, police officer, in his official and individual capacities; CITY OF WALNUT CREEK, a municipal corporation; JOEL BRYDEN, Chief of Police, in his individual and official capacities; LOUIS LOMBARDI, police officer, in his official and individual capacities; CITY OF SAN RAMON, a municipal corporation; SCOTT HOLDER, Chief of Police, in both his individual and official capacities; CENTRAL CONTRA COSTA NARCOTIC ENFORCEMENT TEAM; and Commander NORM WIELSCH, , | CASE NO.: CV 09 0794 SI<br><br>**STIPULATION FOR ENTRY OF ORDER OF DISMISSAL AND [PROPOSED] ORDER** |

1

                    Defendants.

1.  WHEREAS plaintiffs TIMOTHY MITCHELL, SR., and PAULETTE MITCHELL, individually and as Successors in interest to TIMOTHY MITCHELL, JR., and defendants CITY OF PITTSBURG, CHIEF AARON BAKER, CITY OF WALNUT CREEK, CHIEF JOEL BRYDEN, CITY OF SAN RAMON and CHIEF SCOTT HOLDER, by and through their attorneys of record, have reached a stipulation that plaintiffs will voluntarily dismiss with prejudice the above-captioned action against these defendant in exchange of a waiver of attorney's fees and costs,

IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:

1. That this action, including each of plaintiffs' causes of action set out in plaintiffs' Third Amended Complaint, shall be dismissed with prejudice against defendants CITY OF PITTSBURG, CHIEF AARON BAKER, CITY OF WALNUT CREEK, CHIEF JOEL BRYDEN, CITY OF SAN RAMON and CHIEF SCOTT HOLDER only, with each party to bear their own attorney's fees and costs.

IT IS SO STIPULATED.

DATED: October 15, 2010            LAW OFFICES OF JOHN L. BURRIS

                                   /s/ Steven Yourke
                                   Steven Yourke, Esq.
                                   Attorney for Plaintiffs
                                   TIMOTHY MITCHELL, SR., And PAULETTE
                                   MITCHELL, individually and as Successors in
                                   interest to TIMOTHY MITCHELL, JR

DATED: October 15, 2010            EDRINGTON, SCHIRMER & MURPHY LLP

                                   Peter P. Edrington, Esq.
                                   Attorney for Defendants
                                   CITY OF PITTSBURG, LESTER GALER, PHIL
                                   GALER, AARON BAKER, SEAN DEXTER, CITY
                                   OF WALNUT CREEK, JOEL BRYDEN, LOUIS

1  LOMBARDI, CITY OF SAN RAMON AND SCOTT HOLDER

2

3

4  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

5

6  DATED: _____, 2010

7  _____

8  JUDGE OF THE UNITED STATES DISTRICT COURT

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28