IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY MITCHELL SR., et al., | No. C 09-00794 SI |
| Plaintiffs, | **JUDGMENT** |
| v. | |
| CITY OF PITTSBURG, et al., | |
| Defendants. | |

Defendants' motions for summary judgment are granted. Judgment is accordingly entered in favor of defendants and against plaintiffs.

**IT IS SO ADJUDGED.**

Dated: January 26, 2011

SUSAN ILLSTON
United States District Judge