IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY MITCHELL SR., et al., | No. C 09-00794 SI |
| Plaintiffs, | App. Ct. No. 11-15457 |
| v. | **ORDER RE: LIMITED REMAND** |
| CITY OF PITTSBURG, et al., | |
| Defendants. / | |

On January 26, 2011, the Court granted defendants summary judgment and entered judgment in their favor. Docs. 129 & 130. Plaintiff has appealed. Doc. 133. On its own motion, the Court wishes to order further briefing in this case. *See* Fed. R. Civ. P. 60(b); *Kingvision Pay-Per-View Ltd. v. Lake Alice Bar*, 168 F.3d 347, 353 (9th Cir. 1999). Because of the pending appeal in this case, the Court lacks jurisdiction to entertain its own Rule 60(b) motion. *See Katzir's Floor & Home Design, Inc. v. M-MLS.com*, 394 F.3d 1143, 1148 (9th Cir. 2004). Therefore, pursuant to Federal Rule of Appellate Procedure 12.1, the Court requests that the United States Court of Appeals for the Ninth Circuit grant a limited remand to allow the parties to brief, and the Court to consider, the following substantial issue:

> Whether the criminal indictment of two of the defendants in this case has any impact on this case, such that plaintiffs should be relieved from the final judgment under Federal Rule of Civil Procedure 60(b).

If this request is granted, plaintiffs shall have **twenty-one days** from the date of the order of the Court of Appeals to file a brief with this Court that is no longer than 10 pages, and which addresses the question of whether plaintiffs should be relieved from the final judgment under Rule 60(b). Defendants may file response/opposition briefs that are no longer than 10 pages, no later than **fourteen days** after plaintiffs submit their brief to the Court. If the Court requires further briefing or oral argument on the

1 motion, the Court will so inform the parties.

2 This Order shall be transmitted to the clerk of the United States Court of Appeals for the Ninth
3 Circuit.

5 **IT IS SO ORDERED.**

7 Dated: May 9, 2011

SUSAN ILLSTON
United States District Judge