```
 1  KAMALA D. HARRIS
    Attorney General of California
 2  TYLER B. PON
    Supervising Deputy Attorney General
 3  JEFFREY R. VINCENT
    Deputy Attorney General
 4  State Bar No. 161013
     1515 Clay Street, 20th Floor
 5   P.O. Box 70550
     Oakland, CA  94612-0550
 6   Telephone:  (510) 622-2127
     Fax:  (510) 622-2270
 7   E-mail:  Jeffrey.Vincent@doj.ca.gov
    Attorneys for Defendant Norman Wielsch
 8
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY MITCHELL, SR., PAULETTE MITCHELL, AND ESTATE OF TIMOTHY MITCHELL, JR.,<br><br>                                  Plaintiffs,<br><br>            v.<br><br>CITY OF PITTSBURG, et al.,<br><br>                                  Defendants. | CV 09 0794 SI<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL AND ORDER OF WITHDRAWAL**<br><br>N.D. Local Rule 11-5<br><br>Judge:         The Honorable Susan Illston<br>Action Filed:   November 6, 2009 |

    Pursuant to Local Rule 10-5 of the United States District Court, Northern District of California, defendant Norman Wielsch substitutes as his counsel of record herein:

    Steven C. Mitchell, Esq.
    Geary, Shea, O'Donnell, Grattan & Mitchell, P.C.
    37 Old Courthouse Square, 4th Floor
    Santa Rosa, California 95404
    Phone: 707-545-1660
    Fax: 707-545-1876

1

1 | Jeffrey Vincent and the Attorney General of California withdraw as attorney of record for defendant Norman Wielsch.

Dated: May 9, 2011

Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
TYLER B. PON
Supervising Deputy Attorney General

s/Jeff R. Vincent

JEFFREY R. VINCENT
Deputy Attorney General
Attorneys for Defendant Norman Wielsch

Dated: May 10, 2011

Respectfully submitted,

GEARY, SHEA, O'DONNELL, GRATTAN & MITCHELL, P.C.

*[signature]*

STEVEN C MITCHELL
Attorneys for Defendant Norman Wielsch

## ORDER

For good cause appearing, Jeffrey Vincent and the Attorney General of California are relieved as counsel of record for defendant Norman Wielsch.

Dated: May 12, 2011

*[signature]*
Susan Illston
U.S. District Court Judge

OK2010900012
90190313.doc