IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY MITCHELL SR., | No. C 09-00794 SI |
| Plaintiff, | **ORDER RE: COURT'S RULE 60 MOTION** |
| v. | |
| CITY OF PITTSBURG, | |
| Defendant. | |

On January 26, 2011, the Court granted defendants' summary judgment motion and entered judgment in their favor. Docs. 129 & 130. Plaintiff appealed. Doc. 133. The Court wished to order further briefing in this case on its own Rule 60 motion, and so informed the parties. Doc. 139. The Court further informed the parties that if the Ninth Circuit Court of Appeals granted a limited remand of the case in order to permit the Court to receive such briefing, then plaintiffs had twenty-one days from the date of the remand order to file a brief with this Court addressing the question of whether plaintiffs should be relieved from the final judgment under Rule 60(b). *Id.* The brief was to be no longer than 10 pages. *Id.* Defendants then had fourteen days to file response/opposition briefs that were no longer than 10 pages. *Id.* The Court explained that it would inform the parties if it required further briefing or oral argument. *Id.*

The Ninth Circuit granted limited remand on May 31, 2011. Doc. 144. Plaintiffs filed a brief containing seventeen pages of text on June 21. Doc. 145. The next day, defendants filed an opposition of sorts, objecting to the length and content of plaintiffs' brief. Doc. 147. Defendants wrote that "the Court should refuse to consider plaintiffs' brief, and should deny plaintiffs' request that judgment in favor of defendants be vacated. Final judgment in favor of defendants should stand, pending review by

the Ninth Circuit Court of Appeals. Defendants await the Court's ruling and/or guidance." *Id.* On June 26, plaintiffs filed an amended brief, with fifteen pages of text, and a letter expressing the "hope" that the Court would "accept it in the interests of justice." Docs. 150, 151. Plaintiff also noted in the docket that responses would be due July 11, and that replies would be due July 18.

The Court's guidance to the parties is as follows. The Court will accept plaintiffs' fifteen page brief. Defendants have **fourteen days from the date of this order** to file responsive briefs not to exceed fifteen pages, if they wish. Defendants may respond directly to the arguments in plaintiffs' brief, but should note the Court's desire, as indicated in the May 9 Order, that the parties answer the following question:

> Whether the criminal indictment of two of the defendants in this case has any impact on this case, such that plaintiffs should be relieved from the final judgment under Federal Rule of Civil Procedure 60(b).

Doc. 139. If the Court wishes to receive further briefing, such as a reply brief, or if it wishes to set a hearing date, it will so inform the parties.

**IT IS SO ORDERED.**

Dated: June 29, 2011

SUSAN ILLSTON
United States District Judge