| | |
|---|---|
| 1 | PETER P. EDRINGTON, Esq. (074355) |
| 2 | JAMES M. MARZAN, Esq. (133931)<br>EDRINGTON, SCHIRMER & MURPHY LLP |
| 3 | 2300 Contra Costa Boulevard, Suite 450<br>Pleasant Hill, CA  94523-3936 |
| 4 | Telephone:  (925) 827-3300<br>Facsimile:   (925) 827-3320 |
| 5 | Attorneys for Defendants LESTER GALER, |
| 6 | PHIL GALER, SEAN DEXTER, and LOUIS LOMBARDI |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY MITCHELL, SR., PAULETTE MITCHELL, and ESTATE OF TIMOTHY MITCHELL, JR., | CASE NO.: CV 09 0794 SI |
| Plaintiffs,<br>vs. | **STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE DATE AND [P~~ROPOSE~~D] ORDER** |
| CITY OF PITTSBURG, a municipal corporation,  LESTER GALER, police officer, in his  individual and official capacity, PHIL GALER, police officer, in his individual and official capacity, AARON BAKER, in his official capacity as Chief of Police; SEAN DEXTER, police officer, in his official and individual capacities; CITY OF WALNUT CREEK, a municipal corporation; JOEL BRYDEN, Chief of Police, in his individual and official capacities;  LOUIS LOMBARDI, police officer, in his  official and individual capacities; CITY OF SAN RAMON, a municipal corporation; SCOTT  HOLDER, Chief of Police, in both his individual and official capacities; CENTRAL CONTRA COSTA NARCOTIC ENFORCEMENT TEAM; and Commander NORM WIELSCH, in his individual and official capacities, | |
| Defendants. | |

Due to Mr. Edrington's pre-paid vacation out of the country, the parties to this action, by and through their respective counsel, do hereby agree and stipulate that the Case Management

1

Stipulation to Continue CMC and Proposed Order

Conference set for September 30, 2011 be continued to October 14, 2011 at 3:00 p.m.

DATED: September 9, 2011     LAW OFFICES OF JOHN L. BURRIS

/s/
Steven Yourke, Esq.
Attorney for Plaintiffs

DATED: September 9, 2011     EDRINGTON, SCHIRMER & MURPHY LLP

/s/
Peter P. Edrington, Esq
Attorneys for Defendants LESTER GALER, PHIL GALER, SEAN DEXTER, LOUIS LOMBARDI,

DATED: September 8, 2011     GEARY, SHEA, O'DONNELL, GRATTAN & MITCHELL P.C.

/s/
Steven C. Mitchell, Esq.,
Attorneys for Defendant NORMAN WIELSCH

IT IS SO ORDERED.

Dated: 9/9/11

Honorable Susan Illston
UNITED STATES DISTRICT JUDGE

2
Stipulation to Continue CMC and Proposed Order