IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY MITCHELL SR., *et al.* | No. C 09-00794 SI |
| Plaintiffs, | **ORDER RE: INTERVIEW WITH CONFIDENTIAL INFORMANT** |
| v. | |
| CITY OF PITTSBURG, *et al.* | |
| Defendants. | |

On April 12, 2012, defendants' attorney Peter Edrington submitted a letter informing the Court that he has located the individual in Contra Costa County who has access/control over an audio interview with the Confidential Informant, but requires a Court Order in order to receive a copy of the interview or other relevant information related to the informant. *See* Dkt. 183; *see also* dkt. 168 (ordering defendants to disclose identity of Confidential Informant to plaintiffs). The Court hereby ORDERS the Superior Court of California, in and for the County of Contra Costa, to provide to Peter P. Edrington the original or copies of the relevant information related to the Confidential Informant as requested.

Dated: April 16, 2012

SUSAN ILLSTON
United States District Judge