


**July 5, 2012**

Hon. Susan Illston
U. S. District Court, N. Cal.
450 Golden Gate Ave., 19th Fl.
San Francisco, CA 94102

    Re:    <u>**T. Mitchell et al. vs. L. Galer, et al**</u>
            USDC No. 09-cv-0794

Dear Judge Illston:

I represent the plaintiffs in the above-captioned case. I write to request additional time in which to respond to the motions to reinstate summary judgment that are now set for hearing on July 27, 2012. I have been ill these past few days and this has impaired my ability to prepare the opposition papers which are now due to be filed on Friday, July 6. I respectfully request that you allow me until Monday, July 9, at 9:00 a.m. to file the opposition papers.

Sincerely yours,


_____
Steven R. Yourke, Esq.