# EDRINGTON, SCHIRMER & MURPHY LLP

PETER P. EDRINGTON
KEITH R. SCHIRMER
TIMOTHY P. MURPHY
JAMES M. MARZAN
DOLORES M. DONOHOE
OWEN T. ROONEY
NANCY A. McPHERSON
EILEEN D. BOUSSINA
FURAH Z. FARUQUI
VANCE R. WILLIAMS

GARY M. LEPPER
OF COUNSEL

ATTORNEYS AT LAW
THE TERRACES
2300 CONTRA COSTA BOULEVARD, SUITE 450
PLEASANT HILL, CALIFORNIA 94523-3936

TEL (925) 827-3300
FAX (925) 827-3320

**IT IS SO ORDERED**
/s/ Susan Illston
Judge Susan Illston

July 12, 2012

The Honorable Susan Illston
U.S. District Court
Courtroom 10, 19th Floor
Federal Building
450 Golden Gate Avenue
San Francisco, CA  94102

Re:  Mitchell v. City of Pittsburg, et al.
     Case No. CV 09 0794 SI

Dear Judge Illston:

On July 10, 2012, this Court granted plaintiffs' counsel's request for an additional 3 days to file their Opposition to defendants' Supplemental Brief in Support of Motion for Summary Judgment. The Opposition, originally due to be filed on July 6, 2012, was not filed until July 9, 2012.

As a result, defendants' time to file their Reply Brief has been shortened by 3 days. Defendants would respectfully request that the Court extend by 3 days defendants' deadline to file their Reply Brief from July 13, 2012 to July 16, 2012.

The Motion is currently set for hearing on July 27, 2012.

Thank you for your kind attention in this regard.

Very truly yours,

/s/
Peter P. Edrington

PPE/pwe
cc:   Steve Mitchell, Esq.
      Robert Henkels, Esq.
      Steven Yourke, Esq.