IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY MITCHELL, SR., et al. | No. C 09-00794 SI |
| Plaintiffs, | **ORDER DENYING REQUEST TO CONTINUE HEARING** |
| v. | |
| CITY OF PITTSBURG, et al., | |
| Defendants. | |

A hearing is scheduled for July 27, 2012 on defendants' motions to reinstate summary judgment. On July 23, 2012, plaintiffs' counsel sent a letter to the Court attaching an exhibit that he inadvertently neglected to file with plaintiffs' opposition to defendants' motion, and requesting that the hearing on the pending motions be continued so that defendants "may have plenty of time to consider it and carefully respond." Dkt. 219. That request to file the exhibit late is GRANTED; the request to continue the hearing is DENIED. If they wish, defendants may file supplemental responses to plaintiffs' exhibit.

**IT IS SO ORDERED.**

Dated: July 25, 2012

SUSAN ILLSTON
United States District Judge