IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY MITCHELL, SR., et al. | No. C 09-00794 SI |
| Plaintiffs, | **ORDER CHANGING BRIEFING SCHEDULE** |
| v. | |
| CITY OF PITTSBURG, et al., | |
| Defendants. | |

On August 13, 2012, the Court issued an Order partially reinstating summary judgment in this case, and requesting further briefing on the question of qualified immunity for defendants. The Court set a briefing schedule, with defendants' brief due on August 23, 2012 and plaintiffs' response due by August 28, 2012. Both defendant Wielsch and plaintiffs have requested additional time to file their briefs. Wielsch filed a Motion to Extend Time requesting a two-week extension; plaintiffs submitted a letter requesting seven days, rather than five, to respond once defendants' briefs are submitted. The remaining defendants have not requested any additional time.

The Court hereby sets the following briefing schedule: all defendants' briefs shall be due by **September 6, 2012**; plaintiff's response is due by **September 13, 2012**.

Counsel are informed that they shall no longer communicate with the Court via letter. Instead, counsel must follow the Civil Local Rules for their submissions to the Court. *See, e.g.,* Civ. L. R. 6-3 (setting forth rules for motions to extend time).

**IT IS SO ORDERED.**

Dated: August 16, 2012

SUSAN ILLSTON
United States District Judge