IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY MITCHELL, SR., et al. | No. C 09-00794 SI |
| Plaintiffs, | **ORDER SETTING HEARING** |
| v. | |
| CITY OF PITTSBURG, et al., | |
| Defendants. / | |

On August 13, 2012, the Court issued an Order partially reinstating summary judgment in this case, and requesting further briefing on the question of qualified immunity for defendants. The parties have submitted briefs and defendants Dexter, Galer, and Lombardi have raised objections to the declaration of Roger Clark attached to plaintiffs' brief. The Court has reviewed the parties' papers and concludes that a hearing on the question of qualified immunity and on defendants' objections is appropriate. Accordingly, the Court hereby sets these matters for hearing on **February 1, 2013 at 9:00a.m., in Courtroom 10, 19th Floor, San Francisco Courthouse.**

**IT IS SO ORDERED.**

Dated: November 30, 2012

Susan Illston
SUSAN ILLSTON
United States District Judge