IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY MITCHELL, SR., et al.<br><br>        Plaintiffs,<br><br>  v.<br><br>CITY OF PITTSBURG, et al.,<br><br>        Defendants.<br>                                    / | No. C 09-00794 SI<br><br>**ORDER STAYING CASE PENDING APPEAL AND VACATING CASE MANAGEMENT CONFERENCE** |

      On October 1, 2013, the Court denied defendants' motion to reinstate summary judgment of plaintiffs' claim that the officers' method of entry violated the Fourth Amendment. Docket No. 272. In the order, the Court concluded that viewing the facts in the light most favorable to plaintiffs, defendants Les Galer, Phil Galer, Dexter, Lombardi and Wielsch, were not entitled to qualified immunity with respect to plaintiff's method of entry excessive force claim. *Id.* at 17-18. The Court also concluded that assuming the truth of plaintiffs' version of the facts, the defendants were not entitled to immunity under California Government Code § 820.2 from plaintiffs' state law claim. *Id.* at 18-19. On October 17 and 31, 2013, the defendants filed notices appealing the Court's October 1, 2013 order. Docket Nos. 274, 279.

      "[A]n order denying qualified immunity, to the extent it turns on an 'issue of law,' is immediately appealable." *Behrens v. Pelletier*, 516 U.S. 299, 311 (1996) (citation omitted). An order denying immunity under California Government Code § 820.2 is also immediately appealable. *See Liberal v. Estrada*, 632 F.3d 1064, 1075 (9th Cir. 2011). When an interlocutory appeal from the denial of qualified immunity is filed, the district court is automatically divested of jurisdiction to proceed with

1 trial pending the appeal, unless the district court finds that the defendant's claim of qualified immunity
2 is frivolous or has been waived, and certifies such in writing. *Chuman v. Wright*, 960 F.2d 104, 105 (9th
3 Cir. 1992). The Court declines to issue such a certification. Accordingly, the Court STAYS plaintiffs'
4 action pending defendants' appeal of the Court's October 1, 2013 order. The Court VACATES the case
5 management conference scheduled for November 8, 2013. The Court ORDERS the parties to file a joint
6 status statement no later than 7 days after the mandate issues on the Ninth Circuit's disposition.

**IT IS SO ORDERED.**

Dated: November 4, 2013

SUSAN ILLSTON
United States District Judge