```
 1  STEVEN YOURKE, Esq. (118506)
    1048 Larkin Street, #11
 2  San Francisco, CA  94109

 3  Attorneys For Plaintiffs
    TIMOTHY MITCHELL, SR., and PAULETTE
 4  MITCHELL, individually and as successors in
    interest to TIMOTHY MITCHELL, JR.,
 5

 6  PETER P. EDRINGTON, Esq. (074355)
    JAMES M. MARZAN, Esq. (133931)
 7  EDRINGTON, SCHIRMER & MURPHY LLP
    2300 Contra Costa Boulevard, Suite 450
 8  Pleasant Hill, CA  94523-3936
    Telephone:  (925) 827-3300
 9  Facsimile:   (925) 827-3320

10  Attorneys For Defendants LESTER GALER
    PHIL GALER,, SEAN DEXTER and LOUIS LOMBARDI
11

12  STEVEN C. MITCHELL, ESQ.
    GEARY, SHEA, O'DONNELL, GRATTAN & MITCHELL, P.C.
13  37 Old Courthouse Square, 4th Floor
    Santa Rosa, California 95404
14  Phone: 707-545-1660
    Fax: 707-545-1876
15

16  Attorneys For NORM WIELSCH

17
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY MITCHELL, SR., and PAULETTE MITCHELL, individually and as successors in interest to TIMOTHY MITCHELL, JR.,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF PITTSBURG, a municipal corporation, AARON BAKER, Police Chief, LESTER GALER, police officer, and Does 1 through 210,<br><br>Defendants. | CASE NO.: CV 09 0794 SI<br><br>**STIPULATION FOR DISMISSAL AND ORDER THEREON**<br><br>**(JURY TRIAL DEMANDED)** |

1

Stipulation of Dismissal and Order Thereon

1     WHEREAS the parties to this action, namely, plaintiffs TIMOTHY MITCHELL, SR., and PAULETTE MITCHELL, individually and as successors in interest to TIMOTHY MITCHELL, JR., and defendants LESTER GALER, PHIL GALER, SEAN DEXTER, LOUIS LOMBARDI, and NORM WIELSCH (the "Settling Parties"), have reached a mutual and amicable settlement and have entered into an agreement for settlement of claims between them in this action, the terms of which are set forth in writing in the Settlement Agreement and Release of All Claims to fully and finally resolve all matters relating to the Settling Parties in this action without trial;

    WHEREAS the Settlement Agreement covers all of the claims between the Settling Parties in this action;

    WHEREAS the Settling Parties agree to pay their own attorney's fees and costs;

    WHEREAS there are no further issues between the Settling Parties for the Court to resolve; and

    WHEREAS the Settling Parties have agreed that the Court should retain jurisdiction for the purpose of enforcing the terms of the Settlement Agreement,

    NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:

1. Plaintiffs' action against defendants LESTER GALER, PHIL GALER, SEAN DEXTER, LOUIS LOMBARDI and NORM WIELSCH shall be dismissed with prejudice, with each party to bear their own attorney's fees and costs.

2. The Court shall retain jurisdiction to enforce the terms of the Settling Parties' Settlement Agreement.

//
//
//
//
//
//
//
//

IT IS SO STIPULATED.

DATED: June 11, 2014

/s/_____
Steven Yourke
Attorney for Plaintiffs

DATED: June 11, 2014

EDRINGTON, SCHIRMER & MURPHY LLP

/s/_____
Peter P. Edrington, Esq.
James M. Marzan, Esq.
Attorneys for Defendants LESTER GALER, PHIL GALER, SEAN DEXTER and LOUIS LOMBARDI

DATED: June 11, 2014

GEARY, SHEA, O'DONNELL, GRATTAN & MITCHELL

/s/_____
Steven C. Mitchell
Attorneys for Defendant NORM WIELSCH

## ORDER

In accordance with the foregoing stipulation, IT IS HEREBY ORDERED that plaintiffs TIMOTHY MITCHELL, SR., and PAULETTE MITCHELL, individually and as successors in interest to TIMOTHY MITCHELL, JR., dismiss their case against defendants LESTER GALER, PHIL GALER, SEAN DEXTER and LOUIS LOMBARDI with prejudice pursuant to F.R.C.P. 41(a)(1).

Each side will bear their own attorney's fees and costs.

DATED: __June 11__, 2014

_____
United States District Court Judge

**ATTESTATION PURSUANT TO GENERAL ORDER 45.X.B.**

I, James M. Marzan, attest that concurrence in the electronic filing of this document has been obtained from each of the signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed

3

Stipulation of Dismissal and Order Thereon

1  this 11th, day of June, 2014, at Pleasant Hill, California

```
                                            /s/ James M. Marzan
                                            James M. Marzan, Esq.
```